**IN THE SUPREME COURT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | : NO. 946 |
| | : |
| APPOINTMENT TO THE JUDICIAL | : SUPREME COURT RULES DOCKET |
| ETHICS ADVISORY BOARD | : |
| | : |

## ORDER

**PER CURIAM**

 **AND NOW,** this 6th day of April, 2023, the Honorable Bradley K. Moss, Philadelphia, is hereby appointed as a member of the Judicial Ethics Advisory Board for a term expiring April 1, 2026.